# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  00 RB 2098 (MJW)

KELLY FINCHER, by her natural father and next friend, JAMES FINCHER, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER CONCERNING SCHEDULING OF REMAINING CLAIMS

**Blackburn, J.**

This matter is before me on the parties' status reports [#s 160 and 161], filed March 13, 2006.  The parties have outlined their positions concerning the need for additional discovery, scheduling of discovery, resolution of the plaintiff's request for class certification, and trial setting.  I conclude that the procedures outlined below will advance this case toward resolution fairly and expeditiously.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the plaintiff **MAY RE-FILE** her motion for class certification on or before April 3, 2006, and the deadlines for a response and reply to that motion shall be governed by D.C.COLO.LCivR 7.1 C;

    2.  That the plaintiff's request for supplemental discovery on class certification issues is **DENIED**;

3.  That scheduling of additional discovery, dispositive motions, and other pre-trial issues will be referred to the magistrate judge in a separate order of reference;

4.  That a trial lasting 12 days, which allows sufficient time for the trial of Fincher's claims and those of a possible class of plaintiffs, shall be set for the latter part of 2007; and

5.  That this trial shall be set at the telephone trial setting conference previously scheduled for March 15, 2006 at 9:30 a.m.

Dated March 14, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**