# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Robert E. Blackburn, Judge

Civil Case No. 00-cv-02098-REB-MJW

KELLY FINCHER, by her guardian JAMES FINCHER, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, a New Jersey Corporation,

    Defendant.

---

## MINUTE ORDER[1]

---

    Plaintiff's Motion for Class Certification [#167], filed April 4, 2006, is STRICKEN for failure to comply with this court's practice standard REB Civ. Practice Standard V.A.1.  Plaintiff shall have until **April 14, 2006**, in which to re-file the motion for class certification in compliance with this practice standard.

Dated:  April 5, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.