IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-02098-REB-MJW

KELLY FINCHER, by her guardian JAMES FINCHER, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, a New Jersey Corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the "Plaintiff's Motion to Withdrawal [sic] Motion for Leave to Amend Complaint Dated April 4, 2006 [Document Number 170]," which was filed on May 2, 2006 (Docket No. 185), is granted, and thus the plaintiff's Motion for Leave to Amend Complaint (Docket No. 170) is deemed withdrawn.

Date:  May 3, 2006