**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No. 00-cv-02098-REB-MJW

KELLY FINCHER, by her guardian JAMES FINCHER, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, a New Jersey Corporation,

    Defendant.

---

MINUTE ORDER[1]

---

    Plaintiff's motion for reconsideration [#195], filed June 19, 2006, read as a second motion for extension of time, is GRANTED. Plaintiff shall have until **June 26, 2006**, to file her reply.

    To the extent plaintiff seeks reconsideration of my previous order in her motion, the motion is DENIED. "(A) motion for reconsideration is appropriate only where the court has misapprehended the facts, a party's position, or the controlling law." ***Servants of the Paraclete v. Doe***, 204 F.3d 1005, 1012 (10th Cir. 2000). Such a motion may not be used to revisit issues already addressed or to advance arguments that could have been raised in prior briefing. ***Id***.

Dated: June 21, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.