IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-02098-REB-MJW

KELLY FINCHER, by her guardian, JAMES FINCHER, on behalf of herself and all others similarly situated,

       Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY,

       Defendant.

---

**ORDER RE JOINT MOTION TO VACATE AND RESET SETTLEMENT CONFERENCE**
( *Docket No. 206* )

---

THE COURT having reviewed the parties joint motion to vacate the settlement conference, and being fully advised, HEREBY vacates the settlement conference of March 14, 2007, and resets the settlement conference for *May 30, 2007 at 1:30 p.m. Settlement Statements shall be due on or before May 23, 2007.*

SO ORDERD this _2_ day of March, 2007.

                          BY THE COURT:

                          _/s/ Michael J. Watanabe_

                          MICHAEL J. WATANABE
                          U.S. MAGISTRATE JUDGE
                          DISTRICT OF COLORADO