IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-02098-REB-MJW

KELLY FINCHER, by her guardian JAMES FINCHER, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, a New Jersey Corporation,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Compel (docket no. 219) is GRANTED for the following reasons.  After the Defendant Prudential representative was deposed in this case, Judge Blackburn ruled that the subject policy is deemed reformed and established and set the effective date of reformation of May 8, 1994, the date of Plaintiff Fincher's accident.  Accordingly, Plaintiff has demonstrate "good cause" to allow a further deposition of Defendant Prudential's Rule 30(b)(6) representative on those issues identified in the Plaintiff's March 11, 2007 letter (exhibit A attached to Plaintiff's Motion to Compel (docket no. 219).

It is FURTHER ORDERED that Defendant Prudential produce a Rule 30(b)(6) representative for the purpose of submitting to an oral deposition regarding the issues identified in the Plaintiff's March 11, 2007, letter.  The length of this deposition shall not exceed four (4) hours.  This deposition shall be completed on or before June 15, 2007.  Discovery is extended for the limited purpose of completing this deposition only to June 15, 2007.

Date:  May 17, 2007