**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No. 00-cv-02098-REB-MJW

KELLY FINCHER, by her guardian JAMES FINCHER, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, a New Jersey Corporation,

    Defendant.

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

**Blackburn, J.**

This matter is before me on the **Plaintiff's Motion for Reconsideration of Findings of Fact, Conclusions of Law, & Orders Dated February 28, 2006, as to the Imposition of the $200,000 Cap on Benefits** [#203], filed October 3, 2006. The defendant filed a response [#204], and the plaintiff filed a reply [#205]. I deny the motion.

The plaintiff asks me to reconsider my February 28, 2006, Findings of Fact, Conclusions of Law, and Orders [#158], filed February 28, 2006, based on an asserted intervening change in the applicable law. I have considered the cases cited by the plaintiff, as well as the arguments and authorities advanced by the parties. I conclude that the cases cited by the plaintiff, **Snipes v. American Family Mut. Ins. Co.**, 134 P.3d 556, 558 (Colo. App.2006), and **Roberts v. American Family Mut. Ins. Co.**, 144

2

P.3d 546, 547 (Colo.2006), do not demonstrate a change in the law relevant to the cap on benefits in this case.  Most notably, **Snipes**, which concerns the applicability of a cap on APIP benefits in a reformed insurance policy, simply applies previous law to the particular circumstances present in that case.  Neither **Snipes** nor **Roberts** indicate that my conclusions concerning the applicability of the cap in this case are contrary to the applicable law.

      **THEREFORE, IT IS ORDERED** that  the **Plaintiff's Motion for Reconsideration of Findings of Fact, Conclusions of Law, & Orders Dated February 28, 2006, as to the Imposition of the $200,000 Cap on Benefits** [#203], filed October 3, 2006, is **DENIED**.

      Dated September 7, 2007, at Denver, Colorado.

                                                   **BY THE COURT:**

                                                   **s/ Robert E. Blackburn**
                                                   **Robert E. Blackburn**
                                                   **United States District Judge**