IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-02098-REB-MJW

KELLY FINCHER, by her guardian, JAMES FINCHER, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, a New Jersey Corporation,

    Defendant.

---

**ORDER RE: JOINT MOTION TO APPLY REB Civ. Practice Standard III.D.1. WITH REGARD TO EXCHANGE OF EXHIBITS AND FILING OF OBJECTIONS TO EXHIBITS**

---

THE COURT, having reviewed the parties' JOINT MOTION TO APPLY REB Civ. Practice Standard III.D.1. WITH REGARD TO EXCHANGE OF EXHIBITS AND FILING OF OBJECTIONS TO EXHIBITS, and being fully advised herein, HEREBY grants said motion, and ORDERS that the Parties are to provide a copy of all exhibits to opposing counsel no later than Monday, September 17, 2007, eleven days before the Trial Preparation Conference, with objections due no later than three days before the Trial Preparation Conference.

SO ORDERED this 14th day of September, 2007

BY THE COURT:

s/ MICHAEL J WATANABE
UNITED STATES Magistrate JUDGE

