IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-02098-REB-MJW

KELLY FINCHER, by her guardian JAMES FINCHER, on behalf of herself and all
others similarly situated,

Plaintiffs,

v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, a New Jersey
Corporation,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Request for Permission to File Sur-
Reply Brief (docket no. 283) is DENIED.  The Federal Rules of Civil Procedure and the
Local Rules of Practice for the United States District Court for the District of Colorado
do not provide for a sur-reply.

Date:  January 18, 2008