**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No. 00-cv-02098-REB-MJW

KELLY FINCHER, by her guardian JAMES FINCHER, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, a New Jersey Corporation,

    Defendant.

## MINUTE ORDER[1]

    The matter before the court is defendant's **Withdrawal of Defendant's Motion For Costs** [#297], filed April 24, 2008. The court will construe this pleading as a motion to withdraw the motion for costs. The motion is **GRANTED**. **Defendant's Motion for Costs, Pursuant to Fed.R.Civ.P. 68 and For an Order Denying Plaintiff's Costs Incurred Following the Date of the Offer of Judgment** [#292], filed April 9, 2008, is **WITHDRAWN**.

    Dated: April 25, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.